FILED AXM
9/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON WILLIAMS | No. 25-cr-00581<br>Magistrate Judge Jeffery T. Gilbert<br>RANDOM/ CAT 4<br><br>Violation: Title 18, United States Code, Section 641 |

The UNITED STATES ATTORNEY charges:

Beginning on or about April 15, 2021 and continuing through on or about September 13, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

AARON WILLIAMS,

defendant herein, did steal, purloin, and knowingly convert to his own use money of the United States, namely, in excess of $900 in Paycheck Protection Program loan funds administered by the U.S. Small Business Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

MICHELLE PETERSEN  Digitally signed by MICHELLE PETERSEN
Date: 2025.06.06 16:26:10 -05'00'   for ASB

UNITED STATES ATTORNEY